JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Jennifer Aguas**, | Case No. 2:16-cv-00544-DSF-PJW |
| Plaintiff, | |
| v. | JUDGMENT |
| **Thuong Dieu dba T&P Nails**; and Does 1-10, | |
| Defendants. | |

  The Court having granted summary judgment in favor of Plaintiff Jennifer Aguas it is ordered and adjudged that Plaintiff shall have judgment in her favor in the amount of $4,000 against Defendant Thuong Dieu dba T&P Nails.

  Additionally, defendant Thuong Dieu dba T&P Nails is ordered to modify the policies at T&P Nails, located at 3633 East Slauson Avenue, in the City of Maywood, California, so Plaintiff can use the larger light box to receive gel manicures or receive other reasonable accommodations, such as

another type of manicure, in compliance with the Americans with Disabilities Act.

Dated: 8/5/16

Hon. Dale S. Fischer
United States District Judge

*Presented by*:
Michelle Uzeta, Esq.
858-375-7385
michelleu@potterhandy.com
Attorney for Plaintiff