UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jennifer Aguas,<br>    Plaintiff,<br>        v.<br><br>Thuong Dieu dba T&P Nails; and Does 1-10,<br>    Defendants. | Case 2:16-cv-00544-DSF-PJW<br><br>**Renewal of Judgment** |

1

Upon review of the court files, the application for renewal of judgment, and the declarations submitted in support of the renewal of judgment, the Judgment is renewed for $2,494.03 in favor of plaintiff Jennifer Aguas and against defendant Thuong Dieu dba T&P Nails.

1. $10,350.00 was awarded by court via Judgment entered on 8/8/2016;

2. Costs of $3,046.00 related to execution of the judgment were granted by the Deputy Clerk as per Writ of Execution issued on May 12, 2017;

3. Plaintiff acknowledges credit to date in the amount of $11,000; and

4. $98.03 is the interest amount calculated at 0.57% p.a., on unpaid judgment, from the date Judgment was entered on 8/8/2016 to 10/11/2023.

Dated: October 18, 2023

By: /s/ Dale S. Fischer
Hon. Dale S. Fischer
U.S. District Judge